IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TIMOTHY W. WILLIS                                                               PLAINTIFF

     v.                              CIVIL NO. 14-2025

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                  DEFENDANT

## JUDGMENT

     For reasons stated in the memorandum opinion of this date, I hereby reverse the decision of the Commissioner and remand this case for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

     If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, an application may be filed up to thirty (30) days after the judgment becomes "not appealable" i.e., thirty (30) days after the sixty (60) day time for appeal has ended. *See Shalala v. Schaefer*, 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

     IT IS SO ORDERED this 4th day of February 2015.

/s/ *Mark Ford*
HON. MARK FORD
UNITED STATES MAGISTRATE JUDGE